UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
AUG 3 1 2011
U.S. CLERK'S OFFICE
EVANSVILLE, INDIANA

| | |
|---|---|
| MATTHEW HEALY, | ) |
| Plaintiff, | ) |
| vs. | ) CAUSE NO. |
| NATIONAL BOARD OF OSTEOPATHIC MEDICAL EXAMINERS, | ) 1:11-cv-1184 WTL -DML |
| Defendant. | ) |

### COMPLAINT AND DEMAND FOR JURY TRIAL

#### I. NATURE OF THE CASE

1. Plaintiff, Matthew Healy ("Healy"), by counsel, brings this action against Defendant, National Board of Osteopathic Medical Examiners ("Defendant") seeking relief from Defendant's refusal to accommodate his disability in violation of Title III of the Americans With Disabilities Act (ADA), 42 USCS §12189.

#### II. PARTIES

2. Healy is a resident of the State of South Carolina.

3. Defendant is incorporated in Indiana and maintains its principal offices and conducts business within the geographical boundaries of the Southern District of Indiana.

#### III. JURISDICTION AND VENUE

4. Jurisdiction is conferred on this Court over the subject matter of this

litigation pursuant to 28 U.S.C. §1331, 28 U.S.C. §1343 and 42 U.S.C. § 12111(5)(A).

5. Defendant is a "person that offers examinations or courses related to applications, licensing, certification, or credentialing for secondary or postsecondary education, professional, or trade purposes."

6. Healy is an individual with a "disability" as that term is defined by 42 U.S.C. § 12102 as amended.

7. A substantial portion of the events, transactions, and occurrences relevant to this lawsuit arose within the geographical environs of the Southern District of Indiana, thus venue is proper in this Court.

## IV. FACTUAL ALLEGATIONS

8. Healy is a third year medical student at Touro College of Osteopathic Medicine ("TouroCOM").

9. The Comprehensive Osteopathic Medical Licensing Examination ("COMLEX-USA") is administered in three parts or levels. An individual must pass all three levels in order to obtain a license to practice medicine in any State.

10. TouroCOM requires that its students pass the COMLEX-USA Level 1 examination in order to move onto their fourth year in the program. Students at TouroCOM must pass Level 1, Level 2 and Level 2PE of the COMLEX-USA to graduate. In addition, students must graduate, i.e. complete the program and pass the required levels of the COMLEX-USA, within six years of the student's matriculation at TouroCOM.

11. Healy suffers from a reading and written expression disorder, Attention

Deficit Hyperactivity Disorder ("ADHD") and Anxiety disorder.

12. Healy's impairment substantially limits his ability to read, learn and concentrate.

13. Healy has received informal and formal accommodations throughout his academic career.

14. Healy earned his undergraduate degree at New York University. While a student there, Healy was granted an accommodation for examinations and provided with double time and a quiet room for the examination.

15. Healy also received an accommodation to take the Medical College Admission Test ("MCAT"). Like NYU, the Office of MCAT Programs approved an accommodation of double administration time and a quiet room for the examination.

16. Healy receives accommodations while attending medical school at Touro as well. Amongst the accommodations provided to Healy, Touro allows Healy double administration time and a separate room in which to take examinations.

17. In or about ____ 2010, Healy registered to take the COMLEX USA Level One examination with the Defendant and formally requested an accommodation of double administration time and a private testing environment.

18. On or about July 12, 2010, Defendant denied Healy's request for an accommodation.

19. Healy appealed the Defendant's denial on or about September 17, 2010; however, on October 4, 2010, Defendant again refused to accommodate Healy on the basis of its belief that he is not a person with a disability.

20. On or about March 18, 2011, Healy submitted additional information to the Defendant and requested that it reconsider its denial of his requested accommodation.

21. On or about April 12, 2011, Healy sat for the COMLEW USA Level One exam without an accommodation. Healy did not receive a passing score.

22. On or about April 21, 2011, Defendant refused to consider Healy's request because it did not believe there was any Request for Accommodation pending. After Healy renewed his request for reconsideration on or about May 20, 2011, Defendant denied his request for an accommodation again on June 14, 2011.

## IV. CAUSE OF ACTION

### VIOLATION OF THE ADA

23. Healy hereby incorporates paragraphs one (1) through twenty-two (22) of his Complaint.

24. Defendant refused to offer an examination in a place and manner accessible to Healy, a person with disability, or make alternative accessible arrangements for him.

25. Defendant's intentional and willful actions were taken in reckless disregard for Healy's rights as protected by the Americans with Disabilities Act of 1990, as amended.

26. Healy has suffered damages as a result of Defendant's unlawful actions.

## V. REQUESTED RELIEF

WHEREFORE, Plaintiff, Matthew Healy, respectfully requests that this

Court enter judgment in his favor and award him the following relief:

1. An injunction requiring the Defendant to allow him to take the COMLEX-USA Level One examination with the accommodations of double administration time and a limited distraction environment.

2. Compensation for any and all other damages suffered as a consequence of Defendant's unlawful actions;

3. Punitive damages;

4. All costs and attorney's fees incurred as a result of bringing this action;

5. Pre- and post-judgment interest on all sums recoverable; and

6. All other legal and/or equitable relief this Court sees fit to grant.

Respectfully submitted,

BIESECKER DUTKANYCH & MACER, LLC

By: _____
Andrew Dutkanych III, Attorney No.23551-49
411 Main Street
Evansville, IN 47708
Telephone:  (812) 424-1002
Facsimile:  (812) 424-1005
Email:       ad@bdlegal.com

Attorneys for Plaintiff, Matthew Healy

## DEMAND FOR JURY TRIAL

Plaintiff, Matthew Healy, by counsel, requests a trial by jury on all issues deemed so triable.

Respectfully submitted,

BIESECKER DUTKANYCH & MACER, LLC

By: *[signature]*

Andrew Dutkanych III, Attorney No.23551-49
411 Main Street
Evansville, IN 47708
Telephone:  (812) 424-1002
Facsimile:  (812) 424-1005
Email:       ad@bdlegal.com

Attorneys for Plaintiff, Matthew Healy