UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MATTHEW HEALY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Cause No.: 1:11-cv-01184-WTL-DML |
| ) | |
| NATIONAL BOARD OF ) | |
| OSTEOPATHIC MEDICAL ) | |
| EXAMINERS, INC., ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT NATIONAL BOARD OF OSTEOPATHIC MEDICAL EXAMINERS, INC.'S OBJECTION TO PLAINTIFF'S AMENDED FINAL LIST OF WITNESSES

Defendant, National Board of Osteopathic Medical Examiners, Inc., ("NBOME"), by counsel, notifies the Court of its objection to Plaintiff's Amended Final List of Witnesses filed on March 19, 2012 with respect to the additional witness of Shelby Keiser not previously identified on its Final Witness List filed with the Court on March 7, 2012. In support of its objection, Defendant states that the deadline of March 7, 2012, that was agreed and proposed by both parties in the Scheduling Order and approved by the Court on January 23, 2012, has passed and no Motion for leave was filed by Plaintiff's counsel.

Respectfully submitted,

By: s/ Kristen M. Carroll
Robert M. Kelso, Atty. No. 5441-49
Kristen M. Carroll, Atty. No. 23129-49A
KIGHTLINGER & GRAY, LLP
151 North Delaware Street, Suite 600
Indianapolis, IN 46204
rkelso@k-glaw.com
kcarroll@k-glaw.com
(317) 638-4521
Attorneys for Defendant

111227 / 1601568-1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of March, 2012, a copy of the foregoing was filed electronically. Notice of the filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

    Andrew Dutkanych III
    Kyle F. Biesecker
    BIESECKER, DUTKANYCH & MACER, LLC
    411 Main Street
    Evansville, IN 47711
    kfb@bdlegal.com
    ad@bdlegal.com

    Sydney L. Steele
    Kevin D. Koons
    KROGER, GARDIS & REGAS, LLP
    111 Monument Circle, Suite 900
    Indianapolis, IN 46204-5125
    sls@kgrlaw.com
    kdk@kgrlaw.com

                                          By:   s/ Kristen M. Carroll
                                                    Robert M. Kelso/Kristen M. Carroll

KIGHTLINGER & GRAY, LLP
151 North Delaware Street, Suite 600
Indianapolis, IN 46204
(317) 638-4521