UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MATTHEW HEALY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO: 1:11-CV-1184-WTL-DML |
| | ) |
| NATIONAL BOARD OF OTEOPATHIC | ) |
| MEDICAL EXAMINERS, | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF'S RESPONSE TO DEFENDANT NBOME'S OBJECTION TO PLAINTIFF'S AMENDED FINAL LIST OF WITNESSES**

On March 7, 2012, Plaintiff filed his Final Witness List with the Court pursuant to the agreed upon Scheduling Order. On March 19, 2012, Plaintiff filed an Amended Final Witness List, naming Shelby Keiser as a witness. Defendant objected to this addition on March 20, 2012. There is no prejudice to the Defendant by the addition of Ms. Keiser. Ms. Keiser was listed on the Defendant's Initial Disclosures and was identified in the discovery responses Plaintiff received in late February. Therefore, Defendant has been aware of her involvement in the case. Plaintiff did not discover, until recently, the extent of her involvement in the accommodation process at NBOME. Plaintiff also notes that at this time, discovery has not closed, and will not do so until April 4, 2012. For the reasons stated above, Plaintiff respectfully asks that the Court overrule Defendant's objection.

        Respectfully submitted,

        /s/ Lauren E. Berger
        Lauren E. Berger (#29826-19)
        Andrew Dutkanych (#23551-49)
        BIESECKER DUTKANYCH & MACER, LLC
        411 Main Street
        Evansville, IN 47708
        Telephone:  (812) 424-1000
        Facsimile:   (812) 424-1005
        Email:       lberger@bdlegal.com
                       ad@bdlegal.com
        *Attorneys for Plaintiff, Matthew Healy*

## CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2012, a copy of the foregoing was filed electronically. Parties may access this filing through the Court's system. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.

*Counsel for Defendant:*

Kristen M. Carroll, kcarroll@k-glaw.com
Robert M. Kelso, rkelso@k-glaw.com

Kevin Dale Koons, kdk@kgrlaw.com
Sydney L Steele, sls@kgrlaw.com


        /s/ Lauren E. Berger
        Lauren Berger