UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| MATTHEW HEALY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Cause No.: 1:11-cv-01184-WTL-DML |
| | ) | |
| NATIONAL BOARD OF | ) | |
| OSTEOPATHIC MEDICAL | ) | |
| EXAMINERS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF TRIAL EXHIBITS

Comes now Plaintiff, Matthew Healy, by counsel, Andrew Dutkanych, and comes also,

National Board of Osteopathic Medical Examiners, Inc. ("NBOME"), by counsel, Kristen M.

Carroll, and hereby notify the Court that the parties have agreed to the following exhibits for use

at the trial in this matter:

| Exhibit # | Description | Stipulation | |
|---|---|---|---|
| | | Authenticity | Admissible |
| 101-01 | Language Center of Olney dated April 24, 1984 | X | X |
| 101-02 | Columbus Hospital (Dr. Pence) dated February 4, 1985 | X | X |
| 101-03 | Speech, Hearing & Learning Center, Inc. dated February 20, 1989 | X | X |
| 101-04 | Montessori School of Greenville | X | X |
| 101-05 | Northwood Middle School | X | X |
| 101-06 | Lawrence North High School | X | X |
| 101-07 | Cardinal Ritter High School | X | X |
| 101-08 | Cheyenne Mountain High School | X | X |
| 101-09 | ACT | X | X |
| 101-10 | SAT | X | X |
| 101-11 | New York University | X | X |
| 101-12 | Amanda Baten, Ph.D. | X | X |
| 101-13 | MCAT | X | X |
| 101-14 | Charles Brewer, M.D. | X | X |

| Exhibit # | Description | Stipulation | |
|---|---|---|---|
| | | Authenticity | Admissible |
| **101-15** | Touro College of Osteopathic Medicine | X | X |
| **101-16** | Accelerated Recovery Centers | X | X |
| **201-01** | National Board of Osteopathic Medical Examiners, Inc. pre-suit file | X | X |
| **201-02** | National Board of Osteopathic Medical Examiners, Inc. Bulletin of Information 2010-2011 | X | X |
| **201-03** | National Board of Osteopathic Medical Examiners, Inc. Request for Test Accommodation Instructions and Forms: COMLEX-USA Examinations Level 1, Level 2-CE, Level 3 | X | X |
| **301-01** | Joseph Bernier, Ph.D. curriculum vitae | X | X |
| **301-02** | Joseph Bernier, Ph.D. Addendum to Documentation Review dated March 28, 2012 | X | X |
| **301-03** | Joseph Bernier, Ph.D. Review of Documentation for Accommodations for Matthew Healy dated February 15, 2012 | X | X |
| **301-04** | Joseph Bernier, Ph.D. Review of Reconsideration Request for Accommodations for Matthew Healy dated September 24, 2010 | X | X |
| **301-05** | Joseph Bernier, Ph.D. Review of Accommodations Request for Matthew Healy dated June 12, 2010 | X | X |
| **301-06** | Kevin Murphy, Ph.D. curriculum vitae | X | X |
| **301-07** | Kevin Murphy, Ph.D. Addendum to Documentation Review dated April 1, 2012 | X | X |
| **301-08** | Kevin Murphy, Ph.D. Review of Documentation for Accommodations for Matthew Healy dated February 15, 2012 | X | X |

| Exhibit # | Description | Stipulation | |
| --- | --- | --- | --- |
| | | Authenticity | Admissible |
| **301-09** | Kevin Murphy, Ph.D. Review of Accommodations Request for Matthew Healy dated April 7, 2011 | X | X |
| **401-01** | Plaintiff Matthew Healy's Responses to Defendant National Board of Osteopathic Medical Examiners, Inc.'s First Set of Interrogatories | X | |
| **401-02** | Defendant National Board of Osteopathic Medical Examiners, Inc.'s Responses to Plaintiff Matthew Healy's Interrogatories | X | |
| **501-01** | Deposition Transcript of Charles Brewer, M.D. | X | X |
| **501-02** | Audio and Visual Recording of Deposition of Charles Brewer, M.D. | X | X |
| **501-03** | Deposition Transcript of Amanda Baten, Ph.D. | | |
| **501-04** | Audio and Visual Recording of Deposition of Amanda Baten, Ph.D. | | |
| **501-05** | Deposition Transcript of Joseph Bernier, Ph.D. | X | X |
| **501-06** | Audio and Visual Recording of Deposition of Joseph Bernier, Ph.D. | X | X |
| **501-07** | Deposition Transcript of Kevin Murphy, Ph.D. | X | X |
| **501-08** | Audio and Visual Recording of Deposition of Kevin Murphy, Ph.D. | X | X |

Respectfully submitted,

By:    /s Andrew Dutkanych
        Andrew Dutkanych III
        Kyle Frederick Biesecker
        Biesecker Dutkanych & Macer, LLC
        411 Main Street
        Evansville, IN 47708
        Attorneys for Plaintiff, Matthew Healy
        ad@bdlegal.com
        kfb@bdlegal.com

By:    _s/Kristen M. Carroll_____
          Robert M. Kelso, Atty. No. 5441-49
          Kristen M. Carroll, Atty. No. 23129-49A
          KIGHTLINGER & GRAY, LLP
          151 North Delaware Street, Suite 600
          Indianapolis, IN 46204
          (317) 638-4521
          Attorneys for Defendant, National Board of
          Osteopathic Medical Examiners, Inc.
          rkelso@k-glaw.com
          kcarroll@k-glaw.com

By:    _/s Sydney L. Steele_____
          Sydney L. Steele
          Kevin Dale Koons
          Kroger, Gardis & Regas, LLP
          111 Monument Circle, Suite 900
          Indianapolis, IN 46204-5125
          Attorneys for Defendant, National Board of
          Osteopathic Medical Examiners, Inc.
          kdk@kgrlaw.com
          sls@kgrlaw.com