UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| MATTHEW HEALY | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | Cause No.: 1:11-cv-01184-WTL-DML |
| NATIONAL BOARD OF OSTEOPATHIC MEDICAL EXAMINERS, INC., | ) | |
| Defendant. | ) | |

## AMENDED STIPULATION OF TRIAL EXHIBITS

Comes now Plaintiff, Matthew Healy, by counsel, Andrew Dutkanych, and comes also, National Board of Osteopathic Medical Examiners, Inc. ("NBOME"), by counsel, Kristen M. Carroll, and hereby notify the Court that the parties have agreed to the following exhibits for use at the trial in this matter:

| Exhibit # | Description | Stipulation | |
|---|---|---|---|
| | | Authenticity | Admissible |
| **101-01** | Language Center of Olney dated April 24, 1984 | X | X |
| **101-02** | Columbus Hospital (Dr. Pence) dated February 4, 1985 | X | X |
| **101-03** | Speech, Hearing & Learning Center, Inc. dated February 20, 1989 | X | X |
| **101-04** | Montessori School of Greenville | X | X |
| **101-05** | Northwood Middle School | X | X |
| **101-06** | Lawrence North High School | X | X |
| **101-07** | Cardinal Ritter High School | X | X |
| **101-08** | Cheyenne Mountain High School | X | X |
| **101-09** | ACT | X | X |
| **101-10** | SAT | X | X |
| **101-11** | New York University | X | X |
| **101-12** | Amanda Baten, Ph.D. | X | X |
| **101-13** | MCAT | X | X |

| Exhibit # | Description | Stipulation | |
|---|---|---|---|
| | | Authenticity | Admissible |
| **101-14** | Charles Brewer, M.D. | X | X |
| **101-15** | Touro College of Osteopathic Medicine | X | X |
| **101-16** | Accelerated Recovery Centers | X | X |
| **101-17** | Graph from 2002 Neuropsych Test Results | X | X |
| **101-18** | Graph from 2002 Neuropsych Test Results | X | X |
| **201-01** | National Board of Osteopathic Medical Examiners, Inc. pre-suit file | X | X |
| **201-02** | National Board of Osteopathic Medical Examiners, Inc. Bulletin of Information 2010-2011 | X | X |
| **201-03** | National Board of Osteopathic Medical Examiners, Inc. Request for Test Accommodation Instructions and Forms: COMLEX-USA Examinations Level 1, Level 2-CE, Level 3 | X | X |
| **301-01** | Joseph Bernier, Ph.D. curriculum vitae | X | X |
| **301-02** | Joseph Bernier, Ph.D. Addendum to Documentation Review dated March 28, 2012 | X | X |
| **301-03** | Joseph Bernier, Ph.D. Review of Documentation for Accommodations for Matthew Healy dated February 15, 2012 | X | X |
| **301-04** | Joseph Bernier, Ph.D. Review of Reconsideration Request for Accommodations for Matthew Healy dated September 24, 2010 | X | X |
| **301-05** | Joseph Bernier, Ph.D. Review of Accommodations Request for Matthew Healy dated June 12, 2010 | X | X |
| **301-06** | Kevin Murphy, Ph.D. curriculum vitae | X | X |
| **301-07** | Kevin Murphy, Ph.D. Addendum to Documentation Review dated April 1, 2012 | X | X |

| Exhibit # | Description | Stipulation | |
|---|---|---|---|
| | | Authenticity | Admissible |
| 301-08 | Kevin Murphy, Ph.D. Review of Documentation for Accommodations for Matthew Healy dated February 15, 2012 | X | X |
| 301-09 | Kevin Murphy, Ph.D. Review of Accommodations Request for Matthew Healy dated April 7, 2011 | X | X |
| 401-01 | Plaintiff Matthew Healy's Responses to Defendant National Board of Osteopathic Medical Examiners, Inc.'s First Set of Interrogatories | X | |
| 401-02 | Defendant National Board of Osteopathic Medical Examiners, Inc.'s Responses to Plaintiff Matthew Healy's Interrogatories | X | |
| 501-01 | Deposition Transcript of Charles Brewer, M.D. | X | X |
| 501-02 | Audio and Visual Recording of Deposition of Charles Brewer, M.D. | X | X |
| 501-03 | Deposition Transcript of Amanda Baten, Ph.D. | X | X |
| 501-04 | Audio and Visual Recording of Deposition of Amanda Baten, Ph.D. | X | X |
| 501-05 | Deposition Transcript of Joseph Bernier, Ph.D. | X | X |
| 501-06 | Audio and Visual Recording of Deposition of Joseph Bernier, Ph.D. | X | X |
| 501-07 | Deposition Transcript of Kevin Murphy, Ph.D. | X | X |
| 501-08 | Audio and Visual Recording of Deposition of Kevin Murphy, Ph.D. | X | X |

Respectfully submitted,

By:   /s Andrew Dutkanych
Andrew Dutkanych III
Kyle Frederick Biesecker
Biesecker Dutkanych & Macer, LLC
411 Main Street
Evansville, IN 47708
Attorneys for Plaintiff, Matthew Healy
ad@bdlegal.com
kfb@bdlegal.com

By:   s/Kristen M. Carroll
Robert M. Kelso, Atty. No. 5441-49
Kristen M. Carroll, Atty. No. 23129-49A
KIGHTLINGER & GRAY, LLP
151 North Delaware Street, Suite 600
Indianapolis, IN 46204
(317) 638-4521
Attorneys for Defendant, National Board of Osteopathic Medical Examiners, Inc.
rkelso@k-glaw.com
kcarroll@k-glaw.com

By:   /s Sydney L. Steele
Sydney L. Steele
Kevin Dale Koons
Kroger, Gardis & Regas, LLP
111 Monument Circle, Suite 900
Indianapolis, IN 46204-5125
Attorneys for Defendant, National Board of Osteopathic Medical Examiners, Inc.
kdk@kgrlaw.com
sls@kgrlaw.com