UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MATTHEW HEALY,<br>    Plaintiff,<br><br>    vs.<br><br>NATIONAL BOARD OF OSTEOPATHIC<br>MEDICAL EXAMINERS, INC.,<br>    Defendant. | 1:11-cv-1184-WTL-DML |

## MINUTE ENTRY FOR APRIL 20, 2012
## BENCH TRIAL - DAY TWO
## HONORABLE WILLIAM T. LAWRENCE, JUDGE

Plaintiff appears with counsel; defendant appears by its representative, and with counsel; and the trial continues.

The court explains that there was a technical difficulty with the audio on three of the four video depositions. A member of the IT department of the defense counsel shall work with the IT department of the court in order to make these depositions available to the court.

Plaintiff rests.

Defendant begins the presentation of its evidence which consisted of the testimony of Dr. Jed Magen and documentary evidence.

Defendant rests.

There was no rebuttal.

Final arguments are made.

Courts order post-trial submissions to be filed by the close of business on April 24, 2012.

Court is adjourned at 10:16 a.m.

Copies to all registered counsel via electronic notification