UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **MATTHEW HEALY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Cause No. 1:11-cv-1184-WTL-DML |
| | ) |
| **NATIONAL BOARD OF OSTEOPATHIC** | ) |
| **MEDICAL EXAMINERS, INC.,** | ) |
| | ) |
| **Defendant.** | ) |

## JUDGMENT

The Court having found in favor of the Defendant NBOME, judgment is hereby entered against the Plaintiff Matthew Healy and in favor of the Defendant NBOME.

SO ORDERED: 5/03/12

_William T. Lawrence_

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Copies to all counsel of record via electronic communication