# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

October 19, 2012

| | |
|---|---|
| No.: 12-2331 | MATTHEW HEALY, <br> Plaintiff - Appellant <br><br> v. <br><br> NATIONAL BOARD OF OSTEOPATHIC MEDICAL EXAMINERS INC., <br> Defendant - Appellee |
| **Originating Case Information:** | |
| District Court No: 1:11-cv-01184-WTL-DML <br> Southern District of Indiana, Indianapolis Division <br> District Judge William T. Lawrence | |

Upon consideration of the **JOINT STIPULATION**, filed October 19, 2012, by counsel for the parties,

**IT IS ORDERED** that the appeal is **DISMISSED** pursuant to Federal Rule of Appellate Procedure 42(b).

CERTIFIED COPY



A True Copy
Teste:

_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



| Everett McKinley Dirksen United States Courthouse | | Office of the Clerk |
| Room 2722 - 219 S. Dearborn Street | | Phone: (312) 435-5850 |
| Chicago, Illinois 60604 | | www.ca7.uscourts.gov |

## NOTICE OF ISSUANCE OF MANDATE

October 19, 2012

To:  Laura A. Briggs
UNITED STATES DISTRICT COURT
Southern District of Indiana
United States Courthouse
Indianapolis , IN 46204-0000

| No.: 12-2331 | MATTHEW HEALY,<br>Plaintiff - Appellant<br><br>v.<br><br>NATIONAL BOARD OF OSTEOPATHIC MEDICAL EXAMINERS INC.,<br>Defendant - Appellee |
| --- | --- |
| **Originating Case Information:** | |
| District Court No: 1:11-cv-01184-WTL-DML<br>Southern District of Indiana, Indianapolis Division<br>District Judge William T. Lawrence | |

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

TYPE OF DISMISSAL:                F.R.A.P. 42(b)

STATUS OF THE RECORD:             no record to be returned

**NOTE TO COUNSEL:**

If any physical and large documentary exhibits have been filed in the above-entitled cause, they are to be withdrawn ten (10) days from the date of this notice. Exhibits not withdrawn during this period will be disposed of.

Please acknowledge receipt of these documents on the enclosed copy of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above mandate and record, if any, from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

**Date:**  **Received by:**

10/19/12                             *Theresa M. Amato*
_____              _____